IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID & LISA MANION, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:09-0936 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| FEDERAL CROP INSURANCE | ) | |
| CORPORATION and PRODUCERS | ) | |
| AGRICULTURAL INSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The initial case management conference is set in this action for **Friday, May 7, 2010 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 14th day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge