IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID & LISA MANION, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3:09-00936 ) JUDGE HAYNES |
| FEDERAL CORP INSURANCE CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The case management conference is reset for **Friday, May 14, 2010 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 6th day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge